**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**1:25-CV-00587**

| | |
|---|---|
| **ANTHONY BUENO, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**AHOLD DELHAIZE USA SERVICES, LLC,**<br><br>**Defendant.** | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Anthony Bueno, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that all Plaintiff's claims are hereby voluntarily dismissed without prejudice. The parties shall bear their own fees, costs, and expenses.

This the 11th day of April 2026.

***/s/ John O'Neal***
John O'Neal
N.C. State Bar No. 23446
O'Neal Law Office
7 Battleground Court, Suite 103
Greensboro, NC 27408
Phone: 336-510-7904
Fax: 336-510-7965
Email: john@oneallawoffice.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2026, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system, and service on all counsel of record will be automatically accomplished through the Notice of Electronic Filing.

/s/ John O'Neal
John O'Neal
N.C. State Bar #23446
O'NEAL LAW OFFICE
7 Battleground Court, Suite 103
Greensboro, NC 27408
Phone: (336) 510-7904
Fax: (336) 510-7965
E: john@oneallawoffice.com